IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN HORTON, #200 919, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13-CV-152-TMH |
| | ) |
| KIM THOMAS, COMMISSIONER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered two Recommendations (Docs. 5 & 6) in this case to which no timely objections have been filed. After a review of the Recommendations, and after an independent review of the entire record, the court finds that the Recommendations should be adopted. Accordingly, it is

ORDERED that:

1. The RECOMMENDATIONS (Docs. 5 & 6) of the Magistrate Judge are ADOPTED;

2. Plaintiff's Motion for Preliminary Injunction (Doc. 1) is DENIED;

3. Plaintiff's claims against the Alabama Department of Corrections and inmate Johnson are DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

4. The Alabama Department of Corrections and inmate Johnson are DISMISSED

      as  parties to this cause of action; and

5.      This case, with respect to Plaintiff's claims against the remaining defendants, is referred back to the Magistrate Judge for further proceedings.

Done this the 13th day of May,  2013.

      /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE
SENIOR UNITED STATES DISTRICT JUDGE