IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN HORTON, # 200 919, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-152-WKW |
| | ) |
| KIM THOMAS, | ) |
| COMMISSIONER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 11, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 27.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 27) is ADOPTED.  It is further ORDERED that the motion for summary judgment (Doc. # 13) filed by Defendants Thomas and Jones is GRANTED, and that this case against Defendants Patton and Bonner is DISMISSED without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure for failure to effect service.

A separate final judgment will be entered.

DONE this 11th day of April, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE